1  JAMES A. MARISSEN, CASB No. 257699
   james.marissen@kyl.com
2  RACHEL A. WEITZMAN, CASB No. 307076
   rachel.weitzman@kyl.com
3  KEESAL, YOUNG & LOGAN
   A Professional Corporation
4  400 Oceangate
   Long Beach, California  90802
5  Telephone:     (562) 436-2000
   Facsimile:     (562) 436-7416
6
   Attorneys for Defendant
7  THE CHINA NAVIGATION COMPANY PTE. LTD.
   d/b/a POLYNESIA LINE
8

9               **UNITED STATES DISTRICT COURT**

10              **NORTHERN DISTRICT OF CALIFORNIA**

11

12 FOODLINX INC., a California corporation,   )   Case No. 4:16-cv-05390-VC
                                              )
13                          Plaintiff,        )   **JOINT NOTICE OF SETTLEMENT**
                                              )
14              vs.                           )
                                              )
15 THE CHINA NAVIGATION COMPANY PTE           )
   LTD d/b/a POLYNESIA LINE, a foreign entity;)
16 and Does 1 through 15, inclusive,          )
                                              )
17                          Defendants.       )
                                              )
18 _____

19 / / /

20

21

22

23

24

25

26

27

28 / / /

**JOINT NOTICE OF SETTLEMENT** - Case No. 4:16-cv-05390-VC
KYL4840-2904-0446.1

1         Defendant's counsel is pleased to report that parties have reached a settlement of this

2    matter.  Defendant's counsel expects to send the settlement funds and file a request for dismissal

3    within 60 days of the date of this notice.

4                                              Respectfully Submitted,

5

6    DATED:  December 13, 2016              /s/ James A. Marissen

7                                            JAMES A. MARISSEN
RACHEL A. WEITZMAN

8                                            KEESAL, YOUNG & LOGAN
Attorneys for Defendant
THE CHINA NAVIGATION COMPANY PTE.

9                                            LTD. d/b/a POLYNESIA LINE

10

11

12

13   DATED:  December 13, 2016              /s/ Adam C. Brown

14                                           ADAM C. BROWN
HILL RIVKINS BROWN & ASSOCIATES

15                                           Attorneys for Plaintiff
FOODLINX, INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT NOTICE OF SETTLEMENT - Case No. 4:16-cv-05390-VC
KYL4840-2904-0446.1

## __ATTESTATION__

Pursuant to L.R. 5-1(i)(3), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.


DATED:  December 13, 2016                   /s/ James A. Marissen_____
                                            JAMES A. MARISSEN
                                            RACHEL A. WEITZMAN
                                            KEESAL, YOUNG & LOGAN
                                            Attorneys for Defendant
                                            THE CHINA NAVIGATION COMPANY PTE.
                                            LTD. d/b/a POLYNESIA LINE

JOINT NOTICE OF SETTLEMENT - Case No. 4:16-cv-05390-VC
KYL4840-2904-0446.1

Case Name:   *Foodlinx Inc. v. The China Navigation Company, et al.*
Case No.:      16-cv-05390-VC
KYL File No.: 2287-476

1

**PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, Long Beach, California  90802.

4

5

     On December 13, 2016, I served the foregoing documents described **JOINT NOTICE OF SETTLEMENT** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

6

7

ADAM C. BROWN (SBN 161951)     Attorneys for Plaintiff,
HILL RIVKINS BROWN & ASSOCIATES    FOODLINX INC.

8

A Professional Law Corporation
11140 Fair Oaks Boulevard, Suite 100

9

Fair Oaks, CA 95628
Tel: (916) 535-0263   Fax: (916) 535-0268

10

Email: adam@hillrivkinsbrown.com

11

12

     ☑     BY CM/ECF:  The document was electronically served on the parties to this action via the mandatory United States District Court of California CM/ECF system upon electronic filing of above-described document.

13

14

     Executed on December 13, 2016 at Long Beach, California.

15

     I declare under penalty of perjury under the laws of the State of California and United States of America that the foregoing is true and correct.

16

17

     I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

18

19

_____
TAMMY WADE

20

21

22

23

24

25

26

27

28

Proof of Service
KYL4850-3042-6938.1