UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FOODLINX INC., <br><br> Plaintiff, <br><br> v. <br><br> THE CHINA NAVIGATION COMPANY PTE LTD, <br><br> Defendant. | Case No.  16-cv-05390-VC <br><br> **ORDER OF DISMISSAL** |

The Court has been advised by way of the Joint Notice of Settlement filed on December 13, 2016, that the parties have reached a settlement.  Therefore, it is ORDERED that this case is DISMISSED without prejudice.  All deadlines and hearings in the case are vacated.  Any pending motions are moot.

The parties retain the right to reopen this action within 60 days of this Order if the settlement is not consummated.  If a request to reinstate the case is not filed and served on opposing counsel within 60 days, the dismissal will be with prejudice.

**IT IS SO ORDERED.**

Dated:  December 14, 2016

_____
VINCE CHHABRIA
United States District Judge